IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNA J. CHERNYY,<br><br>               Plaintiff,<br><br>   vs.<br><br>MONTY ROESLER, personally and in his individual and official capacity; JOHN DOE I, in his individual and official capacity; ALAN MOORE, in his individual and official capacity; and SALINE COUNTY,<br><br>               Defendants. | 8:21CV366<br><br>ORDER |

      This matter is before the Court on the defendants' motion to file an amend answer, Filing No. 48. The Court previously filed an Order setting aside the default judgment against Monty Roesler in his official capacity only. Filing No. 47. In the motion now before the Court, Alan Moore moves to file an amended answer in his individual and official capacities, and Monty Roesler moves to file an amended answer in his official capacity only. Monty Roesler has not filed a response in his individual capacity, and thus the default judgment stands in that regard. The Court has carefully reviewed the motion to amend the answer and finds it should be granted.

      THEREFORE, IT IS ORDERED THAT the motion to file an amended answer, Filing No. 48, on behalf of Monty Roesler in his official capacity and Alan Moore in both his individual and official capacities is granted.

      Dated this 21st day of February, 2023.

                                                                      BY THE COURT:

                                                                      s/ Joseph F. Bataillon<br>
                                                                      Senior United States District Judge