IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNA J. CHERNYY,<br><br>        Plaintiff,<br><br>  vs.<br><br>MONTY ROESLER, in his official capacity; JOHN DOE I, in his individual and official capacity; ALAN MOORE, in his individual and official capacity; and SALINE COUNTY,<br><br>        Defendants. | 8:21CV366<br><br>**AMENDED** ORDER |

    In response to <u>Defendant Roesler's</u> request for a case information, (Filing No. 68), see the attached copy of the docket sheet.

    Dated this 11th day of September, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge
