IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNA J. CHERNYY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MONTY ROESLER, in his official capacity; JOHN DOE I, in his individual and official capacity; ALAN MOORE, in his individual and official capacity; and SALINE COUNTY,<br><br>　　　　　　Defendants. | **8:21CV366**<br><br><br>**ORDER** |

　　　　IT IS ORDERED that the parties' joint email to extend is granted. The April 25, 2023 final progression order (Filing No. 59) is modified as follows:

1. The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is **February 14, 2024**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **February 29, 2024**.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the assigned magistrate judge to set a conference for discussing the parties' dispute.

2. Deadlines not specifically modified by this order are unchanged. All requests for changes of deadlines or settings established herein shall be directed to the assigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

　　Dated this 5th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge