IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNA J. CHERNYY,<br><br>Plaintiff,<br><br>vs.<br><br>MONTY ROESLER, in his official capacity; JOHN DOE I, in his individual and official capacity; ALAN MOORE, in his individual and official capacity; and SALINE COUNTY,<br><br>Defendants. | **8:21CV366**<br><br><br>**ORDER** |

    This Court's local rules provide that, if a motion requires the Court to consider any factual matters not stated in the pleadings, a party supporting or opposing the motion must support the factual assertion with evidentiary materials. A party must also identify and authenticate any documents offered as evidence with an affidavit. NECivR. 7.1(a)(2) or (b)(2).

    On May 22, 2024, Plaintiff filed a Motion to Compel and Overrule General Objection. Filing No. 106. Upon review of Plaintiff's motion, the undersigned finds the parties did not submit evidence in accordance with these rules.

    Accordingly,

    IT IS ORDERED:

1) On or before July 22, 2024, both Plaintiff and any Defendants opposing the Motion to Compel shall file and serve evidentiary materials in accordance with NECivR. 7.1(a)(2) or (b)(2).

2) If a party fails to timely comply with this Order, the Court will rule on the pending motion without considering the improperly filed evidence.

Dated this 15th day of July, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge