IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNA J. CHERNYY,<br><br>Plaintiff,<br><br>vs.<br><br>MONTY ROESLER, in his official capacity; JOHN DOE I, in his individual and official capacity; ALAN MOORE, in his individual and official capacity; and SALINE COUNTY,<br><br>Defendants. | 8:21CV366<br><br>ORDER |

Plaintiff and Defaulted Defendant Monty Roesler, in his individual capacity, have reached a settlement, Filing No. 172,

Accordingly,

IT IS ORDERED:

1) On or before **January 17, 2025**, the participating parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of their claims;

2) Absent compliance with this order, the claims involving these parties (including all counterclaims and the like) may be dismissed without further notice.

Dated this 19th day of December, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge