IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNA J. CHERNYY,<br><br>    Plaintiff,<br><br> vs.<br><br>MONTY ROESLER, in his official capacity; JOHN DOE I, in his individual and official capacity; ALAN MOORE, in his individual and official capacity; SALINE COUNTY SHERIFF'S OFFICE, SALINE COUNTY, NEBRASKA, and SALINE COUNTY,<br><br>    Defendants. | 8:21CV366<br><br>**ORDER DISMISSING CLAIMS** |

  This matter comes before the Court on the parties' Stipulation of Dismissal of all Claims Against Monty Roesler, in his Individual Capacity, Only, with Prejudice. Filing No. 187. The Court, being fully advised in the premises, finds that such an Order is proper.

  IT IS THEREFORE ORDERED that Defendant Monty Roesler, in his individual capacity only, be dismissed with prejudice with each party to bear their own costs and attorneys' fees. All other claims remain pending before the Court.

  Dated this 3rd day of February, 2025.

                  BY THE COURT:

                  s/ Joseph F. Bataillon
                  Senior United States District Judge