IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNA J. CHERNYY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MONTY ROESLER, in his official capacity; JOHN DOE I, in his individual and official capacity; ALAN MOORE, in his individual and official capacity; and SALINE COUNTY,<br><br>　　　　Defendants. | **8:21CV366**<br><br>**ORDER** |

This matter is before the Court on parties' Joint Stipulation Regarding Horn Aylward & Bandy, LCS Attorneys Lien. Filing No. 186. The Court has reviewed the stipulation and finds it should be approved.

THEREFORE, IT IS ORDERED THAT the stipulation set forth in Filing No. 186 is adopted.

Dated this 11th day of February, 2025.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　Senior United States District Judge