IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNA J. CHERNYY,<br><br>Plaintiff,<br><br>vs.<br><br>MONTY ROESLER, in his official capacity; JOHN DOE I, in his individual and official capacity; ALAN MOORE, in his individual and official capacity; and SALINE COUNTY,<br><br>Defendants. | **8:21CV366**<br><br>**ORDER** |

In accordance with the opinion of the Eighth Circuit Court of Appeals, Filing No. 209, Plaintiff's causes of action against Defendants Alan Moore, Saline County, and Monty Roesler in his official capacity[1] are dismissed with prejudice.

Furthermore, Plaintiff has filed a notice of dismissal of the remaining defendant, John Doe I, which the Court will grant. Filing No. 214. Accordingly, there remaining no active defendants or causes of action in this case,

IT IS ORDERED:

1) Filing No. 214 is granted, and John Doe I in his individual and official capacity is dismissed.
2) Defendants Alan Moore, Saline County, and Monty Roesler in his official capacity, are dismissed with prejudice.
3) The Court will enter a separate judgment.
4) The Clerk of Court is directed to close the case.

[1] As the Eighth Circuit noted, the official-capacity claims against Roesler merge with the claims against the County, which the Eighth Circuit ordered to be dismissed. Filing No. 209 at 3 n.1.

Dated this 22nd day of September, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge